Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**26-00369**

**SECT.A MAG.2**

Victoria Shanella Tillman Felton

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CLB Investments LLC

Crystal Clear Management Inc.

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Victoria Shanella Tillman Felton

Street Address — 1101 SE 15th Street Apt 53

City and County — Gainesville, Alachua County

State and Zip Code — Florida 32641

Telephone Number

E-mail Address — VictoriaTillman@dcc.edu

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name CLB Investments LLC

Job or Title *(if known)* McDonalds

Street Address P.O. Box 2486

City and County ~~Reserve~~, LAPlace

State and Zip Code Louisiana 70069

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name Crystal Clear Management Inc

Job or Title *(if known)* McDonalds

Street Address P.O Box 92638

City and County Lafayette

State and Zip Code Louisiana 70509

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Mc Donalds |
| Street Address | 4240 Louisa Street |
| City and County | New Orleans |
| State and Zip Code | Louisiana |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Equal Pay Act 1963

☑    Relevant state law *(specify, if known)*:

Louisiana Privates Whistleblower Act LA. 23:967

☐    Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 3/24/25, 3/31/25, 9/27/2025 date of termination 4/1/25,

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race ___Black___
- ☐ color
- ☑ gender/sex ___Female___
- ☐ religion
- ☐ national origin
- ☑ age *(year of birth)* ___1987___ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Attached is a Comprehensive Complaint.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

_(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)_

**IV.    Exhaustion of Federal Administrative Remedies**

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on _(date)_

approx. July 29, 2025

B.      The Equal Employment Opportunity Commission _(check one)_:

☐       has not issued a Notice of Right to Sue letter.

☑       issued a Notice of Right to Sue letter, which I received on _(date)_ 9/23/25 .

_(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)_

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct _(check one)_:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

**V.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

After filing complaint 24-2601, 24-2602 management became very aggressive an began to shorten my shift while still being on the clock working. One Manager Lynn Cotton even committed an assault and battery against me on March 24, 2025.

Page 5 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

---

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   2/20/26

Signature of Plaintiff

Printed Name of Plaintiff   Victoria Shareka Tillman Felton

### B.    For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____

United States District Court

Eastern District of Louisiana

Victoria Shaneka Tillman Felton

     Plaintiff                                  Case No.

Vs

CLB Investments, LLC, ET. AL.                    Section:

Crystal Clear Management Inc. Et,AL

     Defendants

## Complaint

The Plaintiff, Victoria Shaneka Tillman Felton, a Florida resident and a student at Delgado Community College filed a complaint Pro Se litigant.

## Jurisdiction

Jurisdiction 28 USC 1343(a) , 29 USC 216(b), 28 USC 1391 The district court shall have original jurisdiction of any

civil action by law to be commenced by any person. Proper venue Maintains

offices the judicial district substantial part of events occur within the judicial

diversity district.

Victoria S. Tillman-Felton v. Crystal Clear Management, Inc., et al., Civil Action Numbers:

2:24-cv-02601, combined with 24-2602 and 24-2776, on the docket of the United States District

Court in the Eastern District of Louisiana. Sec 2000 e-5 (a)(b)(c)(d)(e)

All claims under Title VII of the Civil Rights Act of 1964; the Civil Rights Act of 1991;

Louisiana's employment discrimination laws (La. R.S. 23:301, et seq., La. R.S. 46:2251, et seq.,

La. R.S. 51:2231, et seq.); Louisiana's Private Sector Whistleblower Act, La. R.S. §23.967, et.

seq.; Louisiana's Workers' Compensation Retaliation Statute; the Lily Ledbetter Fair Pay Act;

Louisiana's wage payment statute; Sections 1981 through 1988 of Title 42 of the United States

Code; the Occupational and Safety Health Act of 1970; the Equal Pay Act of 1963; the National

1

Labor Relations Act, the Labor Management Relations Act of 1947; and any other federal, state, or local constitution, statute, order (including executive orders), or regulation, and any municipal

ordinance; and; based on any contract, tort, whistle-blower, personal injury, wrongful discharge, or retaliation theory; retaliation case No. 2:23-cv-02864

1. After filing complaints 24-2602,November 5,2024, 24-2776 November 27,2024 against CLB Investments LLC,
   management became very hostile, After Management transferred over from Rose Blunt to Keyoka Taylor we sat down at a table in the front lobby and she told me as long as I worked for her my checks would be correct and I wouldn't have anything to worry about as I let her know that I was having issues with my payment on out last pay check with Crystal Clear 53.00

2. While working under Keyoka Taylor, CLB Investments I notice that I was going through the same conditions and when tried to talk to Keyoka about the situation she told me that Rose Blunt was still overseeing the payroll over the Louisa store, and she is the one I would want to talk to.

3. After being handed a check for regular pay 12.00 a hour for 119.00 after working for the Broad street store which was overtime. I was suppose be paid time and a half FLSA for working over 40 hours a week. The time was not posted on my check so I was handed another Check as I notice as time went by that it is on the pay stub that overtime hours at the Broad Street Store is only paid 12.00 instead of 18.00 under the Fair Labor Standards Act.

4. As I was keeping my own time stamps I left work without collecting one and asked the manager if they could send me the time stamp for Sept. 3, 2024 when I saw that it was for 5:20 and I hadn't clocked out til after 6:17am it confirmed everything I was saying and I just continued to save the timestamps until I had enough proof to prove my case.

5. Approximately the second week in October 2024, While working the front counter section of the store with Ms. Keyoka Taylor, Ms. Rose Blunt walked in the store she was no longer the general manager of and threaten to shot me.

2

6. After Filing case 24-2776, November 27, 2024 I served the authorized agent on the case which was CLB Investments legal representative, the entity itself, and Keyoka Taylor after status conference she then proceeded to run out the back door while I waited for her in the lobby to discuss the legal litigations.

7. After notifying Keyoka Taylor The things that was going on during the overnight shift that manager Lynn Cotton, was propositioning me to get my check if I gave her oral pleasure as I ignored her and continued to do my job she became very aggressive and would send me home early and on night 3/24/2025 she put her hand on me leading to a restraining order on April 8,2025 I was put on the schedule with Ms. Lynn Cotton after giving management Keyoka Taylor a copy of the restraining order and allowing the manager on duty Ms. Lily that I would show up after she left, notifying an additional manager Leslie Godfrey of the situation.

8. After serving the Defendant and Filing a complaint with the EEOC agency charge 461-2025-02752 on 9/22/2025 management became very aggressive, my schedule was shorten even after  making sure that my work environment didn't affect my work performance Whistleblower Protection Act in the US.

9. After covering for a few of my co-workers shifts and learning from the managers around me such as preparing for the next shift, helping count inventory, cleaning restrooms, and helping with short staff shifts I inquired about being food safety certified so I would qualify for management and was looked over for promotions despite seniority and schedule availability.

10. On March 31,2025 I came to work straight from school in a pair of white close toes tennis shoes and the manager Keyoka Taylor, told me that I was out of uniform and sent me home even though that was not the first time I have came to work in them and nothing in the employee handbook says anything about shoes.

11. On April 1st I asked the Manager on duty Brittany if it was okay to work an extra shift as she said it was ok authorized the time punchat 3:00pm and I began to work I worked until my regular schedule shift 10- 6 with Leslie and again the shift was not on my paycheck

12. On September 2, 2025 I asked hiring manager on Elysian Fields at 7:00am  Ms. Rachel if she had room for me at her store so I could transfer after all the hostility at Louisa. She stated that she had room just needed the approval from the store manager at Louisa.

13. After Ms. Rachel Let me know that there was space on her shifts and the location was closer to my school location I sent Keyoka Taylor Emails from my personal email Tillmanfeltonv@outlook.com as well as my student email Victoriatillman@dcc.edu to keep conversations recorded and professional.

3

14. I was taken off the schedule after filing formal complaint once management was made aware I was told to work another employee shift Darren until I was put back on the schedule.

15. After the request for the transfer in September management began to write me up for no apparent reason with no truth.

16. After a few incidents about me questioning about being In overtime and about picking up my check there was a few notices posted up around the schedule board about base pay, when you were allowed to pick up your check, and other notices that were not signed or approved by the commissioner.

17. I was given a checks for 7.25, 9.00 when my pay rate is 12.00

18. On September 27, 2025 Keyoka Taylor put me on Suspension.

19. I reached out on November 13, 2025 at 9:11 am in the front lobby of the Louisa store location and asked about the investigation as well as the suspension and she stated she would reach out

20. I was terminated from McDonalds Louisa Store location Jan. 6,2026 My last check was 10/6/2025.

## Relief Sought

Plaintiff is asking for lost wages,front pay, compensation for emotional distress, mental anguish, back pay, special damages because of retaliation I was unable to be approve for apartments and unable to keep my living situation stable as well as concentrate on my education leading into my grades slacking Whistleblower Law RS 23:967 approximately 3,000,000.00.

Victoria Shaneka Tillman Felton
Victoriatillman@dcc.edu
5035 Chef Menteur Highway
New Orleans, La 70126

4