UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICTORIA TILLMAN FELTON | CIVIL ACTION |
| VERSUS | NO. 26-369 |
| CLB INVESTMENTS LLC, ET AL. | SECTION: "J"(2) |

**ORDER**

The Court, having considered the complaint (Rec. Doc. 1), the record, the applicable law, the parties' written submissions (Rec. Docs. 8, 12, 15, 23, 30), the Magistrate Judge's show cause order (Rec. Doc. 33), the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 37), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff Victoria Tillman Felton's complaint is **DISMISSED without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, with Felton reserving the right to proceed all rights and claims against all other parties and non-parties, named or unnamed.

New Orleans, Louisiana, this 13th day of October, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE